UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOISHE EISENBACH,

                              Plaintiff,

  v.                                          **ORDER**

AMERICAN EXPRESS COMPANY, et al.,        20-CV-10908 (PMH)

                              Defendants.
------------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      Counsel for Plaintiff and counsel for all Defendants who have entered Notices of Appearance in this action appeared for an April 8, 2021 telephonic conference.

      By April 12, 2021, Plaintiff shall request from Experian, Equifax and TransUnion (the "Credit Reporting Agency Defendants") copies of the Automated Consumer Dispute Verification ("ACDV") forms related to the July 29, 2020 dispute letter referred to by Plaintiff in the Complaint. The Credit Reporting Agency Defendants shall produce the ACDV forms to Plaintiff by May 3, 2021. Thereafter, by May 7, 2021, Plaintiff shall notify Synchrony Bank, Portfolio Recovery Associates, U.S. Bancorp, Chase Bank, Capital One Bank, TD Bank, and Discover Financial Services (the "Furnisher Defendants") whether he intends to continue to pursue claims against the Furnisher Defendants.

      The Court grants U.S. Bancorp, T.D. Bank, Synchrony Bank, and Discover Financial Services' (the "Moving Defendants") requests to move to dismiss or move for judgment on the pleadings. The Moving Defendants shall serve, not file, a single brief, not to exceed 25 pages, by June 4, 2021; Plaintiff shall serve, not file, opposition to the motion by June 25, 2021; the Moving Defendants shall serve their reply brief by July 16, 2021. All moving papers shall be filed via ECF on July 16, 2021.

1

Dated: White Plains, New York
       April 8, 2021

SO ORDERED.

_____
Philip M. Halpern
United States District Judge